**Michael D. LUMPKIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 43391.

Missouri Court of Appeals, Western District.

Jan. 22, 1991.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before NUGENT, C.J., ULRICH, J., and WASSERSTROM, Senior Judge.

### ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Affirmed. Rule 84.16(b).